ALFRED S. LASCELLES et al., Respondents, *v.* JOHN MILLER, Appellant.

(Argued October 15, 1891; decided October 30, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made October 12, 1888, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*John A. Deady* for appellant.

*A. Gallup* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

DAVID H. LEWIS, Respondent, *v.* SEMON BACHE et al., Appellants.

DAVID H. LEWIS, Respondent, *v.* HENRY H. CAHN et al., Appellants.

(Argued October 16, 1891; decided October 30, 1891.)

APPEALS from judgments of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made December 2, 1889, which affirmed judgments in favor of plaintiff entered upon the report of a referee.

*Alex. Blumenstiel* for appellants.

*Charles H. Griffin* for respondent.

Agree to affirm; no opinion.
All concur.
Judgments affirmed.